SEALED

FILED

MAR 2 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-mj-1175-JG

| | | |
|---|---|---|
| UNITE STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| V. | ) | |
| | ) | (Under Seal) |
| JERMAINE LAWRENCE JOHNSON | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the above-referenced matter, and the instant Motion to Seal and Order, be sealed by the Clerk from this date until the Defendant is arrested or until further order by this Court, except that filed copies of the same may be provided to the United States Attorney's office and the Federal Bureau of Investigation.

This the 2 day of March, 2016.

JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE